Claudia M. Quintana, State Bar No. 178613
City Attorney
Frank A. Splendorio, State Bar No. 272601
Deputy City Attorney
CITY OF VALLEJO
555 Santa Clara Street
P.O. Box 3068
Vallejo, CA  94590
Tel:  (707) 648-4201
Fax:  (707) 648-4687

Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
Edward F. Sears, State Bar No. 297775
BERTRAND, FOX, ELLIOT,
OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Tel: (415) 353-0999
Fax: (415) 353-0990

Attorneys for Defendants
CITY OF VALLEJO and KENT TRIBBLE

Corey Evans, State Bar No. 218789
Geneva Page, State Bar No. 235633
EVANS & PAGE
2912 Diamond Street #346
San Francisco, CA 94131
Tel: (415) 896-5072
Fax: (415) 358-5855

Attorneys for Plaintiffs
ANDREA JARREAU-GRIFFIN, individually and as a personal representative of the estate of GUY J. JARREAU, JR.; the estate of GUY J. JARREAU, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA JARREAU-GRIFFIN, et al.,<br><br>           Plaintiff,<br>     v.<br><br>CITY OF VALLEJO, et al.,<br><br>           Defendants. | Case No.  2:12-CV-02979-KJM-DB<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING ORDER DATES** |

On March 10, 2017 the parties reached a settlement in this matter. The parties are in the process of completing final settlement papers, which should be completed and executed within the next week. Defense counsel will promptly inform the Court when the settlement documents have been executed. Based on this settlement, Plaintiffs and Defendants request that this Court vacate all dates in this matter, including all pretrial dates, trial and the settlement conference scheduled for March 17, 2017.

Dated: March 15, 2017          BERTRAND, FOX, ELLIOT,
                               OSMAN & WENZEL

                                  /s/ *Richard W. Osman*
                               Attorneys for Defendants


Dated: March 15, 2017          EVANS & PAGE

                                  /s/ *Corey Evans*
                               Attorneys for Plaintiffs

---

1

JOINT NOTICE OF SETTLEMENT
*Jarreau-Griffin v. City of Vallejo, et al.*; USDC Eastern District Case No.  2:12-CV-02979-KJM-KJN